## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**07 - CV - 00135** *bnb*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 9 2007

GREGO... ... NGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

MICHAEL O. BACKUS, #86529

     Applicant,

v.

STEVEN HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

     Applicant Michael O. Backus has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in

proper form. Therefore, the clerk of the court will be directed to commence a civil

action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be

directed to mail to the applicant, together with a copy of this order, a receipt for full

payment of the $5.00 filing fee. Accordingly, it is

     ORDERED that the clerk of the court commence this civil action. It is

     FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this __18th__ day of __January__ , 2007.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07 - CV - 00135 -βNβ

Michael Backus
Prisoner No. 86529
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for the full filing fee** to the above-named individuals on ___1-19-07___

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk