IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00135-REB-BNB

MICHAEL O. BACKUS,

Applicant,

v.

STEVEN HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Applicant's Motion for Permission to File Traverse to Respondents' Answer to Order to Show Cause and Enlargement of Time to Do So** [docket no. 11, filed February 13, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and applicant may file a traverse on or before **March 23, 2007**.

DATED:  February 14, 2007