FILED
UNITED STATES DISTRICT COURT


MAR 30 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-cv-00135 REB

MICHAEL O. BACKUS,

    Applicant,

vs.

STEVEN HARTLEY, Warden of Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, March 29, 2010.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00135 REB

Routt County Court
522 Lincoln Ave
Steamboat Springs, CO 80487

Michael O. Backus
# 86529
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Paul Edward Koehler - Colorado Attorney General's Office -Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  3/30/10  .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk